XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5726
 Fax:  (415) 703-5843
 E-mail:  Michael.Quinn@doj.ca.gov
*Attorneys for Defendant Maylin*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DEMARREA McCOY-GORDON,**<br><br>Plaintiff,<br><br>v.<br><br>**THOMPSON, et al.,**<br><br>Defendants. | 3:18-cv-07699-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire above entitled action shall be dismissed with prejudice. Each party is to bear its own fees and costs.

Dated: March 16, 2021

_____
DEMARREA MCCOY-GORDON

Dated: March 16, 2021

_____
MICHAEL J. QUINN
Deputy Attorney General
Attorney for Defendant Maylin

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 31, 2021

Dated: _____
The Honorable Charles R. Breyer
United States District Judge

SF2019201237
42585590.docx